# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF IOWA
# CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | No. 08-CR-4-LRR |
| vs. | **ORDER** |
| JON YOUNG, | |
| Defendant. | |

The matter before the court is the Report and Recommendation Regarding Motion to Suppress (docket no. 62) ("Report and Recommendation"), dated April 3, 2008. Neither party objected within the 10-day period. *See* 28 U.S.C. § 636(b)(1), Fed. R. Crim. P. 59(b)(2).

It appears to the court upon review of the Report and Recommendation that there is no ground to reject or modify the findings and conclusions therein. Therefore, it is hereby **ORDERED**:

(1) Magistrate Judge Scoles's Report and Recommendation (docket no. 62) is **ADOPTED**;

(2) Defendant's Motion to Suppress Evidence and Request for Evidentiary Hearing ("Motion") (docket no. 14) is **DENIED**; and

(3) The period between the filing of Defendant's Motion and this Order is excluded from calculation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(1)(F) (excluding delay resulting from the filing of any pretrial motion through the prompt disposition of the motion); 18 U.S.C. § 3161(h)(1)(J) (excluding "delay reasonably attributable to any

period, not to exceed thirty days, during which any proceeding concerning the defendant is actually under advisement by the court").

**IT IS SO ORDERED.**

**DATED** this 22nd day of April, 2008.

LINDA R. READE
CHIEF JUDGE, U.S. DISTRICT COURT
NORTHERN DISTRICT OF IOWA